# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-10663-TPA |
| | : | |
| Jacob Daniel Boston and | : | CHAPTER 13 |
| Nichole Marie Boston, | : | |
| Debtors. | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**May 10, 2019 – Husband**

**May 24, 2019**

**June 7, 2019**

**June 21, 2019**

**June 14, 2019 – Wife**

**Next Payment Advice Expected (post-filing):**

**July 5, 2019 – Husband**

**June 28, 2019 – Wife**

C.B.    BOSTON, JACOB DANIEL & NICHOLE MARIE

# Earnings Statement

**GeoCare**

Check Sequence Code
302

CORNELL ABRAXAS GROUP OS, LLC
4955 TECHNOLOGY WAY
BOCA RATON, FL 33431

Taxable Marital Status: M

Employee ID: 015889
Exemption/Allowance/Additional
Federal: 0
State-PA: 0
Local-038: 0

Page 001 of 001
Period Beg/End:  04/21/2019 - 05/04/2019
Advice Date:     05/10/2019
Advice Number:   0006902948
Batch Number:    000000001179

JACOB D BOSTON
14 BECKETT PARK
WARREN, PA 16365

| Earnings | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| REG EXEMPT | 72.00 | 31.2500 | 2,250.00 | 21,500.00 |
| REGULAR HRS | | | .00 | .00 |
| VACATION | 8.00 | 31.2500 | 250.00 | 2,500.00 |
| HOLIDAY | | | .00 | 1,000.00 |
| TOTAL PAY | | | 2,500.00 | 25,000.00 |

## PTO/Vacation & LTI/Sick Summary Balance

| | |
|---|---|
| PTO/Vacation | 88.00 |
| LTI/Sick | .00 |
| Floating Hol | .00 |
| Cvt Balance | .00 |

Employees are eligible for PTO only after completing 90 days of service.

## Message
Total Hours Worked: 72.00

| Employee Paid Deductions | Current | YTD |
|---|---|---|
| **Tax Deductions** | | |
| FEDERAL TAX | 191.68 | 1,842.48 |
| FICA TAX | 166.43 | 1,636.04 |
| STATE TAX - PA | 66.79 | 656.58 |
| STATE UNEMPL | 1.50 | 15.00 |
| OCC PRIV TAX | 2.00 | 20.00 |
| Total Taxes | 428.40 | 4,170.10 |
| **Deductions** | | |
| PRETAX MEDICAL | 248.43 | 2,484.30 |
| PRETAX DENTAL | 18.76 | 187.60 |
| PRETAX VISION | 7.27 | 72.70 |
| HEALTH SAVINGS | 50.00 | 500.00 |
| FLEX SPENDING | .00 | 369.24 |
| DIR DEP/PAY CARD | 1,727.91 | 16,800.72 |
| WELLNESS PENALTY | 19.23 | 192.30 |
| Total Deductions | 2,071.60 | 20,606.86 |
| Net Pay | 1,727.91 | |

---

**GeoCare**  CORNELL ABRAXAS GROUP OS, LLC
4955 TECHNOLOGY WAY
BOCA RATON, FL 33431

Advice Number: 0006902948
Advice Date: 05/10/2019


THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| JACOB D BOSTON | Checking XXXXXX6180 | XXXXX4218 | 1,727.91 |

# Earnings Statement

**GeoCare**

PCSYBP 000015889
Check Sequence Code
YTH 302

CORNELL ABRAXAS GROUP OS, LLC
4955 TECHNOLOGY WAY
BOCA RATON, FL 33431

Taxable Marital Status: M

Exemption/Allowance/Additional
Federal:    0
State-PA:   0

Page 001 of 001
Period Beg/End:   05/05/2019 - 05/18/2019
Advice Date:      05/24/2019
Advice Number:    0006934353
Batch Number:     000000001181

BOSTON, JACOB D
14 BECKETT PARK
WARREN, PA 16365

| Earnings    | Hours | Rate    | Current  | YTD       |
|-------------|-------|---------|----------|-----------|
| REGULAR     | 64.00 | 31.2500 | 2,000.00 | 23,500.00 |
| REGULAR HRS |       |         | .00      | .00       |
| VACATION    | 16.00 | 31.2500 | 500.00   | 3,000.00  |
| HOLIDAY     |       |         | .00      | 1,000.00  |
| TOTAL PAY   |       |         | 2,500.00 | 27,500.00 |

## PTO/Vacation & LTI/Sick Summary Balance

| | |
|---|---|
| PTO/Vacation | 72.00 |
| LTI/Sick | .00 |
| Floating Hol | |
| Cvt Balance | |

Employees are eligible for PTO only after completing 90 days of service.

## Message

**Employee Paid Deductions**

| | Current | YTD |
|---|---|---|
| **Tax Deductions** | | |
| FEDERAL TAX | 191.68 | 2,034.16 |
| FICA TAX | 166.43 | 1,802.47 |
| STATE TAX - PA | 66.79 | 723.37 |
| STATE UNEMPL | 1.50 | 16.50 |
| OCC PRIV TAX | 2.00 | 22.00 |
| Total Taxes | 428.40 | 4,598.50 |
| **Deductions** | | |
| PRETAX MEDICAL | 248.43 | 2,732.73 |
| PRETAX DENTAL | 18.76 | 206.36 |
| PRETAX VISION | 7.27 | 79.97 |
| HEALTH SAVINGS | 50.00 | 550.00 |
| FLEX SPENDING | .00 | 369.24 |
| DIR DEP/PAY CARD | 1,727.91 | 18,528.63 |
| WELLNESS PENALTY | 19.23 | 211.53 |
| Total Deductions | 2,071.60 | 22,678.46 |
| Net Pay | 1,727.91 | |

© 2000 Automatic Data Processing Services

---

**GeoCare**

CORNELL ABRAXAS GROUP OS, LLC
4955 TECHNOLOGY WAY
BOCA RATON, FL 33431

Advice Number: 0006934353
Advice Date: 05/24/2019

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| BOSTON, JACOB D | Checking XXXXXX6180 | XXXXX4218 | 1,727.91 |

# Earnings Statement

**GeoCare**

Check Sequence Code
YTH 302

CORNELL ABRAXAS GROUP OS, LLC
4955 TECHNOLOGY WAY
BOCA RATON, FL 33431

Taxable Marital Status: M

Exemption/Allowance/Additional
Federal: 0
State-PA: 0

|  |  |
|---|---|
| Page | 001 of 001 |
| Period Beg/End: | 05/19/2019 - 06/01/2019 |
| Advice Date: | 06/07/2019 |
| Advice Number: | 0006939663 |
| Batch Number: | 000000001185 |

BOSTON, JACOB D
14 BECKETT PARK
WARREN, PA 16365

For inquiries on this statement please call: 561-893-0101
Total Hours Worked: 64.00
Basis of Pay: EXEMPT

| Earnings | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| REGULAR | 64.00 | 31.2500 | 2,000.00 | 25,500.00 |
| REGULAR HRS |  |  | .00 | .00 |
| VACATION | 8.00 | 31.2500 | 250.00 | 3,250.00 |
| HOLIDAY | 8.00 | 31.2500 | 250.00 | 1,250.00 |
| TOTAL PAY |  |  | 2,500.00 | 30,000.00 |

| Employee Paid Deductions | Current | YTD |
|---|---|---|
| **Tax Deductions** |  |  |
| FEDERAL TAX | 191.68 | 2,225.84 |
| FICA TAX | 166.43 | 1,968.90 |
| STATE TAX - PA | 66.79 | 790.16 |
| STATE UNEMPL | 1.50 | 18.00 |
| OCC PRIV TAX | 2.00 | 24.00 |
| Total Taxes | 428.40 | 5,026.90 |

## PTO/Vacation & LTI/Sick Summary Balance

| | |
|---|---|
| PTO/Vacation | 64.00 |
| LTI/Sick | .00 |
| Floating Hol | |
| Cvt Balance | |

Employees are eligible for PTO only after completing 90 days of service.

| Deductions | Current | YTD |
|---|---|---|
| PRETAX MEDICAL | 248.43 | 2,981.16 |
| PRETAX DENTAL | 18.76 | 225.12 |
| PRETAX VISION | 7.27 | 87.24 |
| HEALTH SAVINGS | 50.00 | 600.00 |
| FLEX SPENDING | .00 | 369.24 |
| DIR DEP/PAY CARD | 1,727.91 | 20,256.54 |
| WELLNESS PENALTY | 19.23 | 230.76 |
| Total Deductions | 2,071.60 | 24,750.06 |

| Net Pay | 1,727.91 |
|---|---|

## Message

© 2002 Automatic Data Processing (PTSYB#)

---

**GeoCare**  CORNELL ABRAXAS GROUP OS, LLC
4955 TECHNOLOGY WAY
BOCA RATON, FL 33431

| | |
|---|---|
| Advice Number: | 0006939663 |
| Advice Date: | 06/07/2019 |



| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| BOSTON, JACOB D | Checking XXXXXX6180 | XXXXX4218 | 1,727.91 |

THIS IS NOT A CHECK

# Earnings Statement

**GeoCare**

Check Sequence Code
YTH 302

CORNELL ABRAXAS GROUP OS, LLC
4955 TECHNOLOGY WAY
BOCA RATON, FL 33431

Taxable Marital Status: M

Exemption/Allowance/Additional
Federal:   0
State-PA:  0

| | |
|---|---|
| Page | 001 of 001 |
| Period Beg/End: | 06/02/2019 - 06/15/2019 |
| Advice Date: | 06/21/2019 |
| Advice Number: | 0006957874 |
| Batch Number: | 000000001189 |

BOSTON, JACOB D
14 BECKETT PARK
WARREN, PA 16365

For inquiries on this statement please call: 561-893-0101
Total Hours Worked:    64.00
Basis of Pay:    EXEMPT

| Earnings | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| REGULAR | 64.00 | 31.2500 | 2,000.00 | 27,500.00 |
| REGULAR HRS | | | .00 | .00 |
| VACATION | 16.00 | 31.2500 | 500.00 | 3,750.00 |
| HOLIDAY | | | .00 | 1,250.00 |
| TOTAL PAY | | | 2,500.00 | 32,500.00 |

## PTO/Vacation & LTI/Sick Summary Balance

| | |
|---|---|
| PTO/Vacation | 48.00 |
| LTI/Sick | .00 |
| Floating Hol | |
| Cvt Balance | |

Employees are eligible for PTO only after completing 90 days of service.

## Message

Employee Paid Deductions

| | Current | YTD |
|---|---|---|
| **Tax Deductions** | | |
| FEDERAL TAX | 191.68 | 2,417.52 |
| FICA TAX | 166.43 | 2,135.33 |
| STATE TAX - PA | 66.79 | 856.95 |
| STATE UNEMPL | 1.50 | 19.50 |
| OCC PRIV TAX | 2.00 | 26.00 |
| Total Taxes | 428.40 | 5,455.30 |
| **Deductions** | | |
| PRETAX MEDICAL | 248.43 | 3,229.59 |
| PRETAX DENTAL | 18.76 | 243.88 |
| PRETAX VISION | 7.27 | 94.51 |
| HEALTH SAVINGS | 50.00 | 650.00 |
| FLEX SPENDING | .00 | 369.24 |
| DIR DEP/PAY CARD | 1,727.91 | 21,984.45 |
| WELLNESS PENALTY | 19.23 | 249.99 |
| Total Deductions | 2,071.60 | 26,821.66 |
| Net Pay | 1,727.91 | |

---

**GeoCare**

CORNELL ABRAXAS GROUP OS, LLC
4955 TECHNOLOGY WAY
BOCA RATON, FL 33431

Advice Number: 0006957874
Advice Date: 06/21/2019

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| BOSTON, JACOB D | Checking XXXXXX6180 | XXXXX4218 | 1,727.91 |

| UPMC Chautauqua at WCA<br>207 Foote Avenue<br>Jamestown, NY 14701 | Pay Begin Date: 05/26/2019<br>Pay End Date: 06/08/2019 | | Advice #: 000000022186550<br>Advice Date: 06/14/2019 | |
|---|---|---|---|---|
| | | | **TAX DATA:** | Federal | PA State |
| Nichole M. Boston<br>14 Beckett Park<br>Warren, PA 16365 | Employee ID: 00236290<br>Department: 82318-WCA00 - Procurement & Dispatch<br>Job Title: Phlebotomist<br>Pay Rate: $13.05 Nonexempt | | Marital Status: Married | N/A |
| | | | Allowances: 0 | 0 |
| | | | Addl. Percent: | |
| | | | Addl. Amount: | |

### HOURS AND EARNINGS

| | Current | | YTD | |
|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings |
| Day Regular | 55.60 | 725.59 | 55.60 | 725.59 |
| TOTAL: | 55.60 | 725.59 | 55.60 | 725.59 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 27.17 | 27.17 |
| Fed MED/EE | 10.52 | 10.52 |
| Fed OASDI/EE | 44.99 | 44.99 |
| NY FLI/EE | 1.11 | 1.11 |
| NY Withholdng | 18.21 | 18.21 |
| NY OASDI/EE | 1.20 | 1.20 |
| CONEWANGO / Local Tax Withholdng | 7.26 | 7.26 |
| TOTAL: | 110.46 | 110.46 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 725.59 | 725.59 | 110.46 | 0.00 | 615.13 |
| YTD | 725.59 | 725.59 | 110.46 | 0.00 | 615.13 |

| LEAVE BALANCES | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|
| PTO | 2.99 | | Account Type | Account Number | Deposit Amount |
| EIB | 0.00 | Advice #000000022186550 | Checking | XXXXXX6180 | 615.13 |
| | | TOTAL: | | | 615.13 |

| INFORMATIONAL SECTION - payment included in above earnings | | |
|---|---|---|
| DESCRIPTION | HOURS | YTD HOURS |
| | 0.00 | 0.00 |

MESSAGE: