| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Jacob Daniel Boston** | Social Security number or ITIN | xxx–xx–0495 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Nichole Marie Boston** | Social Security number or ITIN | xxx–xx–6347 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter 13 | 6/28/19 |
| Case number: | 19–10663–TPA | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Jacob Daniel Boston | Nichole Marie Boston |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 14 Beckett Park<br>Warren, PA 16365 | 14 Beckett Park<br>Warren, PA 16365 |
| 4. | **Debtor's attorney**<br>Name and address | Daniel P. Foster<br>Foster Law Offices<br>PO Box 966<br>Meadville, PA 16335 | Contact phone 814.724.1165<br><br>Email: dan@mrdebtbuster.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 814–464–9740<br><br>Date: 7/26/19 |

**For more information, see page 2**

| 7. Meeting of creditors<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 20, 2019 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** |
|---|---|---|
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/21/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/6/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/26/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**8/20/19** at **10:00 AM** , Location: **Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

```
                           United States Bankruptcy Court
                          Western District of Pennsylvania

In re:                                                          Case No. 19-10663-TPA
Jacob Daniel Boston                                             Chapter 13
Nichole Marie Boston
       Debtors                       CERTIFICATE OF NOTICE
District/off: 0315-1          User: aala                   Page 1 of 2                   Date Rcvd: Jul 26, 2019
                              Form ID: 309I                Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2019.
db/jdb         +Jacob Daniel Boston,    Nichole Marie Boston,    14 Beckett Park,    Warren, PA 16365-4606
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
15092531       +Allegheny Health Network,    PO Box 645266,    Pittsburgh, PA 15264-5250
15092532      #+Allied Interstate,    PO Box 361445,    Columbus, OH 43236-1445
15092533       +Aris,   PO Box 72078,    Cleveland, OH 44192-0002
15079574       +Bank Of America, N.A.,    4909 Savarese Circle,    Tampa, FL 33634-2413
15079577       +Citicards Cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
15092534       +Cleveland Clinic,    9500 Euclid Avenue,    Cleveland, OH 44195-0002
15079579       +Community Bank Na,    45-49 Court Street,    Canton, NY 13617-1179
15079581       +Federal Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
15079582       +JPMorgan Chase Bank Card,    Po Box 15298,    Wilmington, DE 19850-5298
15079585        Mfgrs & Traders Trust,    Po Box 7678,    Buffalo, NY 14240
15079586       +Nfg#2 Federal Credit Union,    Po Box 728,    Warren, PA 16365-0728
15092535       +Receivables Outsourcing LLC,    PO Box 62850,    Baltimore, MD 21264-2850
15092536       +Warren General Hospital,    2 Crescent Park West,    PO Box 68,    Warren, PA 16365-0068
15092537       +Warren General Hospital Anesthesia,     2 Crescent Park West,    Warren, PA 16365-2199
15079592       +Wells Fargo Dealer Services,    Po Box 10709,    Raleigh, NC 27605-0709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: dan@mrdebtbuster.com Jul 27 2019 02:43:38       Daniel P. Foster,
                 Foster Law Offices,    PO Box 966,    Meadville, PA   16335
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 27 2019 02:44:37       Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jul 27 2019 02:44:50
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr             +EDI: PRA.COM Jul 27 2019 06:23:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15079575        E-mail/Text: bankruptcy@bbandt.com Jul 27 2019 02:44:26       BB & T,   Credit Card Disputes,
                 PO Box 1847,    Wilson, NC 27894
15083702        E-mail/Text: bankruptcy@bbandt.com Jul 27 2019 02:44:26       BB&T Bankruptcy,    P.O. Box 1847,
                 Wilson, NC 27894
15079576       +EDI: CAPITALONE.COM Jul 27 2019 06:28:00      Capital One / Maurices,    Po Box 30258,
                 Salt Lake City, UT 84130-0258
15079578       +EDI: WFNNB.COM Jul 27 2019 06:28:00      Comenity Bank / Kays,    3100 Easton Square Plaza,
                 Columbus, OH 43219-6232
15079580        EDI: DISCOVER.COM Jul 27 2019 06:28:00      Discover Financial Services LLC,    Po Box 15316,
                 Wilmington, DE 19850
15084681        EDI: DISCOVER.COM Jul 27 2019 06:28:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
15079583       +E-mail/Text: BKRMailOPS@weltman.com Jul 27 2019 02:44:28       Kay Jewelers,    375 Ghent Road,
                 Fairlawn, OH 44333-4600
15079584       +E-mail/Text: bk@lendingclub.com Jul 27 2019 02:45:06       Lending Club Corporation,
                 71 Stevenson Street,    Suite 300,    San Francisco, CA 94105-2985
15079587       +E-mail/Text: bankruptcyteam@quickenloans.com Jul 27 2019 02:45:04       Quicken Loans,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
15079588       +EDI: RMSC.COM Jul 27 2019 06:28:00      Syncb / Lowes,   Po Box 965005,    Orlando, FL 32896-5005
15079589       +EDI: RMSC.COM Jul 27 2019 06:28:00      Syncb / Network,    Po Box 965036,
                 Orlando, FL 32896-5036
15079590       +EDI: RMSC.COM Jul 27 2019 06:28:00      Syncb / Old Navy DC,    Po Box 965005,
                 Orlando, FL 32896-5005
15079591       +EDI: RMSC.COM Jul 27 2019 06:28:00      Syncb / Walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
15080406       +EDI: RMSC.COM Jul 27 2019 06:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
                                                                                 TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0315-1          User: aala               Page 2 of 2                Date Rcvd: Jul 26, 2019
                              Form ID: 309I            Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2019 at the address(es) listed below:
          Daniel P. Foster    on behalf of Joint Debtor Nichole Marie Boston dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Debtor Jacob Daniel Boston dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James    Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```