Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jacob Daniel Boston
Nichole Marie Boston**
   Debtor(s)

Bankruptcy Case No.: 19–10663–TPA
Per August 20, 2019 Proceeding
Chapter: 13
Docket No.: 27 – 16
Concil. Conf.: 1/14/20 at 01:30 PM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated July 24, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☒ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on 1/14/20 at 01:30 PM, in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Quicken Loans (Claim No. 4) and BB&T (Claim No. 1), paid in full at payment computed by Trustee .

☐ H.   Additional Terms:

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: August 22, 2019

Thomas P. Agresti, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-10663-TPA
Jacob Daniel Boston                                                       Chapter 13
Nichole Marie Boston
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: vson                Page 1 of 2           Date Rcvd: Aug 22, 2019
                              Form ID: 149              Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2019.
```
db/jdb         +Jacob Daniel Boston,    Nichole Marie Boston,    14 Beckett Park,    Warren, PA 16365-4606
15092531       +Allegheny Health Network,    PO Box 645266,    Pittsburgh, PA 15264-5250
15092532       #+Allied Interstate,    PO Box 361445,    Columbus, OH 43236-1445
15092533       +Aris,   PO Box 72078,    Cleveland, OH 44192-0002
15079574       +Bank Of America, N.A.,    4909 Savarese Circle,    Tampa, FL 33634-2413
15079577       +Citicards Cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
15092534       +Cleveland Clinic,    9500 Euclid Avenue,    Cleveland, OH 44195-0002
15079579       +Community Bank Na,    45-49 Court Street,    Canton, NY 13617-1179
15079581       +Federal Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
15079582       +JPMorgan Chase Bank Card,    Po Box 15298,    Wilmington, DE 19850-5298
15108194       +M&T Bank,   PO Box 1508,    Buffalo, N.Y. 14240-1508
15079585        Mfgrs & Traders Trust,    Po Box 7678,    Buffalo, NY 14240
15079586       +Nfg#2 Federal Credit Union,    Po Box 728,    Warren, PA 16365-0728
15092535       +Receivables Outsourcing LLC,    PO Box 62850,    Baltimore, MD 21264-2850
15092536       +Warren General Hospital,    2 Crescent Park West,    PO Box 68,   Warren, PA 16365-0068
15092537       +Warren General Hospital Anesthesia,    2 Crescent Park West,    Warren, PA 16365-2199
15079592       +Wells Fargo Dealer Services,    Po Box 10709,    Raleigh, NC 27605-0709
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 23 2019 02:39:42
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
15079575        E-mail/Text: bankruptcy@bbandt.com Aug 23 2019 02:43:00     BB & T,   Credit Card Disputes,
                 PO Box 1847,   Wilson, NC 27894
15083702        E-mail/Text: bankruptcy@bbandt.com Aug 23 2019 02:43:00     BB&T Bankruptcy,    P.O. Box 1847,
                 Wilson, NC 27894
15079576       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 23 2019 02:39:59
                 Capital One / Maurices,    Po Box 30258,   Salt Lake City, UT 84130-0258
15079578       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 23 2019 02:43:06      Comenity Bank / Kays,
                 3100 Easton Square Plaza,    Columbus, OH 43219-6232
15079580        E-mail/Text: mrdiscen@discover.com Aug 23 2019 02:42:54     Discover Financial Services LLC,
                 Po Box 15316,   Wilmington, DE 19850
15084681        E-mail/Text: mrdiscen@discover.com Aug 23 2019 02:42:54     Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
15079583       +E-mail/Text: BKRMailOPS@weltman.com Aug 23 2019 02:43:02     Kay Jewelers,    375 Ghent Road,
                 Fairlawn, OH 44333-4600
15079584       +E-mail/Text: bk@lendingclub.com Aug 23 2019 02:43:34     Lending Club Corporation,
                 71 Stevenson Street,    Suite 300,   San Francisco, CA 94105-2985
15079587       +E-mail/Text: bankruptcyteam@quickenloans.com Aug 23 2019 02:43:31     Quicken Loans,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
15095647       +E-mail/Text: bankruptcyteam@quickenloans.com Aug 23 2019 02:43:31     Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
15079588       +E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2019 02:39:39     Syncb / Lowes,    Po Box 965005,
                 Orlando, FL 32896-5005
15079589       +E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2019 02:39:38     Syncb / Network,    Po Box 965036,
                 Orlando, FL 32896-5036
15079590       +E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2019 02:39:58     Syncb / Old Navy DC,
                 Po Box 965005,   Orlando, FL 32896-5005
15079591       +E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2019 02:39:19     Syncb / Walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
15080406       +E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2019 02:39:19     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 16
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0315-1           User: vson                  Page 2 of 2               Date Rcvd: Aug 22, 2019
                               Form ID: 149                Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2019 at the address(es) listed below:
              Daniel P. Foster    on behalf of Joint Debtor Nichole Marie Boston dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Jacob Daniel Boston dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James   Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```