**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 19-10663-TPA |
| | : | |
| **Jacob Daniel Boston and** | : | CHAPTER 13 |
| **Nichole Marie Boston,** | : | |
| Debtors, | : | |
| _____ | : | RELATED TO DOCKET NO.: 42 & 46 |
| **Jacob Daniel Boston and** | : | |
| **Nichole Marie Boston,** | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

    I, Clarissa Bayhurst, Head Paralegal of Foster Law Offices, certify under penalty of perjury that I served the Order, Notice of Proposed Modification and Amended Chapter 13 Plan, on the parties listed below by First Class Pre-paid United States mail.

Date Served: <u>February 10, 2020</u>

Respectfully submitted,
<u>/s/ Clarissa Bayhurst</u>
Clarissa Bayhurst
Head Paralegal
Foster Law Offices
PO Box 966
Meadville, PA 16335
Tel: (814) 724-1165
Fax: (814) 724-1158

MAILING MATRIX

Aris
PO Box 72078
Cleveland, OH 44192-0002

Jacob Daniel Boston
Nichole Marie Boston
14 Beckett Park
Warren, PA 16365-4606

Citicards Cbna
Po Box 6217
Sioux Falls, SD 57117-6217

Community Bank Na
45-49 Court Street
Canton, NY 13617-1179

Federal Loan Servicing
Po Box 60610
Harrisburg, PA 17106-0610

Kay Jewelers
375 Ghent Road
Fairlawn, OH 44333-4600

M&T Bank
PO Box 1508
Buffalo, N.Y. 14240-1508

Nfg#2 Federal Credit Union
Po Box 728
Warren, PA 16365-0728

Allegheny Health Network
PO Box 645266
Pittsburgh, PA 15264-5250

(p)BB AND T
PO BOX 1847
WILSON NC 27894-1847

Bank Of America, N.A.
4909 Savarese Circle
Tampa, FL 33634-2413

Capital One / Maurices
Po Box 30258
Salt Lake City, UT 84130-0258

Cleveland Clinic
9500 Euclid Avenue
Cleveland, OH 44195-0002

Comenity Bank / Kays
3100 Easton Square Plaza
Columbus, OH 43219-6232

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

JPMorgan Chase Bank Card
Po Box 15298
Wilmington, DE 19850-5298

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lending Club Corporation
71 Stevenson Street
Suite 300
San Francisco, CA 94105-2985

Mfgrs & Traders Trust
Po Box 7678
Buffalo, NY 14240

NFG #2 Federal Credit Union
1303 Pennsylvania Avenue, West
Warren, PA 16365-1921

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Allied Interstate
PO Box 361445
Columbus, OH 43236-1445

PRA Receivables Management, LLC
claims@recoverycorp.com

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quicken Loans
1050 Woodward Avenue
Detroit, MI 48226-1906

Quicken Loans Inc.
635 Woodward Avenue
Detroit, MI 48226-3408

Receivables Outsourcing LLC
PO Box 62850
Baltimore, MD 21264-2850

Syncb / Network
Po Box 965036
Orlando, FL 32896-5036

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Warren General Hospital
2 Crescent Park West
PO Box 68
Warren, PA 16365-0068

Wells Fargo Dealer Services
Po Box 10709
Raleigh, NC 27605-0709

Syncb / Old Navy DC
Po Box 965005
Orlando, FL 32896-5005

U.S. Department of Education
c/o FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

Warren General Hospital Anesthesia
2 Crescent Park West
Warren, PA 16365-2199

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Syncb / Lowes
Po Box 965005
Orlando, FL 32896-5005

Syncb / Walmart
Po Box 965024
Orlando, FL 32896-5024

James Warmbrodt
KML Law Group, P.C.
bkgroup@kmllawgroup.com

Wells Fargo Bank N.A., d/b/a Wells Fargo Aut
PO Box 130000
Raleigh, NC 27605-1000