**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 19-10663-TPA |
| | : | |
| **Jacob Daniel Boston and** | : | CHAPTER 13 |
| **Nichole Marie Boston,** | : | |
|     Debtors, | : | |
| _____ | : | RELATED TO DOCKET NO.: 51 |
| **Jacob Daniel Boston,** | : | |
|     Movant, | : | HEARING DATE AND TIME: |
| | : | March 4, 2020 at 10:30 am |
|     vs. | : | |
| | : | |
| **NFG #2 Federal Credit Union,** | : | |
| | : | |
|     And | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
|     Chapter 13 Trustee, | : | |
|     Respondents. | : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order regarding MOTION TO AVOID AND CANCEL A JUDGMENT LIEN ON REAL ESTATE WHICH IMPAIRS EXEMPTIONS OF THE DEBTORS, by Certified Mail, U.S. Postage Paid on the parties below*.

Executed on: **February 12, 2020**              *By: /s/ Clarissa Bayhurst*
                                                                                    Clarissa Bayhurst, PARALEGAL
                                                                                   FOSTER LAW OFFICES
                                                                                    PO Box 966
                                                                                    Meadville, PA 16335
                                                                                    Tel 814.724.1165
                                                                                    Fax 814.724.1158

## MATRIX

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov

Jacob & Nichole Boston
14 Beckett Park
Warren, PA 16365

NFG #2 Federal Credit Union
c/o Gerald P Bost, COO
1303 Pennsylvania Avenue West
Warren PA 16365