FILED
2/11/20 1:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 19-10663-TPA |
| | : | |
| Jacob Daniel Boston and | : | CHAPTER 13 |
| Nichole Marie Boston, | : | |
| Debtors, | : | |
| _____ | : | RELATED TO DOCKET NO.: 40 |
| Jacob Daniel Boston, | : | |
| Movant, | : | HEARING DATE AND TIME: |
| | : | |
| vs. | : | |
| | : | |
| NFG #2 Federal Credit Union, | : | |
| | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

## ORDER GRANTING DEBTORS' MOTION TO AVOID AND CANCEL A JUDGMENT LIEN ON REAL ESTATE WHICH IMPAIRS EXEMPTIONS OF THE DEBTORS

**AND NOW** this ___11th___ day of _____February_____, 2020, upon the Movant's Motion to Avoid and Cancel a Judgment Lien which impairs an exemption of the Debtors/Movant

It is hereby **ORDERED, ADJUDGED, and DECREED** that the judgment lien held by NFG #2 Federal Credit Union, in and on Debtors' residential real estate at 14 Beckett Park, Warren, PA 16365, Parcel No. WN-545-9724, entered of record in the June term, 2019 of the Court of Common Pleas, Warren County is hereby cancelled.

It is further **ORDERED** that NFG #2 Federal Credit Union is directed forthwith to take all steps necessary and appropriate to remove it from the local judgment index.

jlm

Thomas P. Agresti, *Judge*
*United States Bankruptcy Court*

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 19-10663-TPA
Jacob Daniel Boston                                            Chapter 13
Nichole Marie Boston
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: dpas            Page 1 of 1           Date Rcvd: Feb 11, 2020
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2020.
db/jdb          +Jacob Daniel Boston,    Nichole Marie Boston,    14 Beckett Park,    Warren, PA 16365-4606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2020 at the address(es) listed below:
              Daniel P. Foster    on behalf of Joint Debtor Nichole Marie Boston dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Jacob Daniel Boston dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James  Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                            TOTAL: 5