## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-10663-TPA |
| **Jacob Daniel Boston** ) | |
| **Nichole Marie Boston** ) | Chapter 13 |
| ) | Document No. _____ |
| **Debtors** ) | Related to Document No. 54 |

### CONSENT ORDER MODIFYING MARCH 19, 2020 ORDER

AND NOW, this _____ day of _____, 2020, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated March 19, 2020 it is

ORDERED that Part "1.H." be amended to add the following: The secured claim of the following creditor shall govern as to claim amount, to be paid at the modified plan terms, in a monthly amount to be determined by the trustee, to pay in full during the plan term: Branch Banking & Trust (Claim No. 1).

The March 19, 2020 order otherwise remains in full force and effect.

BY THE COURT:

_____
Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone PA I.D. #42575
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ Daniel P. Foster
Daniel P. Foster, Esquire
Attorney for the debtor
Foster Law Offices
Po Box 966
Meadville PA 16335
814-724-1165
dan@mrdebtbuster.com