**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **BANKRUPTCY CASE NO. 19-10663-TPA** |
| | : | |
| **Jacob Daniel Boston and** | : | **CHAPTER 13** |
| **Nichole Marie Boston,** | : | |
| Debtors, | : | |
| _____ | : | **DOCKET NO.: 60** |
| **Quicken Loans Inc,** | : | |
| Movant, | : | |
| | : | |
| **vs** | : | |
| | : | |
| **Jacob Daniel Boston and** | : | |
| **Nichole Marie Boston,** | : | |
| | : | |
| **And** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee | : | |
| Respondents. | : | |

**DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE**

    The Chapter 13 Plan payment amount dated July 24, 2019 is sufficient to fund the Chapter 13 Plan moving forward. Debtor's attorney has reviewed the existing Plan and finds that the existing payment is adequate. The current payment amount is **$686.37**. The new post-petition monthly payment payable to **Quicken Loans Inc** is **$696.33**, effective **December 1, 2020** per the escrow notice filed **October 23, 2020.**

                                                     Respectfully submitted,

Date: <u>November 30, 2020</u>                         /s/ Daniel P. Foster, Esquire
                                                     Daniel P. Foster
                                                     PA I.D. # 92376
                                                   Foster Law Offices
                                                   PO Box 966
                                                   Meadville, PA 16335
                                                   Phone: 814.724.1165
                                                   Fax: 814.724.1158