**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 19-10663-TPA |
| Jacob Daniel Boston and | : | |
| Nichole Marie Boston, | : | Chapter 13 |
| Debtors | : | |
| | : | Related to Docket No.: 63 |
| Jacob Daniel Boston and | : | |
| Nichole Marie Boston, | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **January 7, 2021** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

**You should take this to your lawyer at once.**

A hearing will be held **February 3, 2021 at 11:30 AM** before Judge Thomas P. Agresti, via the ZOOM Video Conference Application. To access the hearing, please use the following Zoom Meeting link: **https://www.zoomgov.com/j/16021303488**, or alternatively, to attend and use the following **Meeting ID: 160 2130 3488**. For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Courtney Neer, at 814-464-9781. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Amended Notice of Temporary Modification of Appearance Procedures, dated and effective June 10, 2020, which can be found on the Court's website athttps://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet.

When the need to appear telephonically arises members of the general public should immediately contact Staff Attorney Courtney Neer to make telephonic arrangements.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: <u>December 21, 2020</u>

                                          Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Motion to Terminate Wage Attachment and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **December 21, 2020**
                                                                                       *By: /s/ Kristen N. Dennis*
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.115

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 19-10663-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Mon Dec 21 14:11:04 EST 2020 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 |
| Allegheny Health Network<br>PO Box 645266<br>Pittsburgh, PA 15264-5250 | Allied Interstate<br>PO Box 361445<br>Columbus, OH 43236-1445 | Aris<br>PO Box 72078<br>Cleveland, OH 44192-0002 |
| (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | Bank Of America, N.A.<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 | Capital One / Maurices<br>Po Box 30258<br>Salt Lake City, UT 84130-0258 |
| Citicards Cbna<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 | Cleveland Clinic<br>9500 Euclid Avenue<br>Cleveland, OH 44195-0002 | Comenity Bank / Kays<br>3100 Easton Square Plaza<br>Columbus, OH 43219-6232 |
| Community Bank Na<br>45-49 Court Street<br>Canton, NY 13617-1179 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Federal Loan Servicing<br>Po Box 60610<br>Harrisburg, PA 17106-0610 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Kay Jewelers<br>375 Ghent Road<br>Fairlawn, OH 44333-4600 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lending Club Corporation<br>71 Stevenson Street<br>Suite 300<br>San Francisco, CA 94105-2985 | M&T Bank<br>PO Box 1508<br>Buffalo, N.Y. 14240-1508 |
| Mfgrs & Traders Trust<br>Po Box 7678<br>Buffalo, NY 14240 | NFG #2 Federal Credit Union<br>1303 Pennsylvania Avenue, West<br>Warren, PA 16365-1921 | Nfg#2 Federal Credit Union<br>Po Box 728<br>Warren, PA 16365-0728 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quicken Loans<br>1050 Woodward Avenue<br>Detroit, MI 48226-1906 |
| Quicken Loans Inc.<br>635 Woodward Avenue<br>Detroit, MI 48226-3408 | Receivables Outsourcing LLC<br>PO Box 62850<br>Baltimore, MD 21264-2850 | Syncb / Lowes<br>Po Box 965005<br>Orlando, FL 32896-5005 |

| | | |
|---|---|---|
| Syncb / Network<br>Po Box 965036<br>Orlando, FL 32896-5036 | Syncb / Old Navy DC<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb / Walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | Warren General Hospital<br>2 Crescent Park West<br>PO Box 68<br>Warren, PA 16365-0068 |
| Warren General Hospital Anesthesia<br>2 Crescent Park West<br>Warren, PA 16365-2199 | Wells Fargo Bank N.A., d/b/a Wells Fargo Aut<br>PO Box 130000<br>Raleigh, NC 27605-1000 | Wells Fargo Dealer Services<br>Po Box 10709<br>Raleigh, NC 27605-0709 |
| Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 | Jacob Daniel Boston<br>14 Beckett Park<br>Warren, PA 16365-4606 | Nichole Marie Boston<br>14 Beckett Park<br>Warren, PA 16365-4606 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BB & T<br>Credit Card Disputes<br>PO Box 1847<br>Wilson, NC 27894 | (d)BB&T Bankruptcy<br>P.O. Box 1847<br>Wilson, NC 27894 | Discover Financial Services LLC<br>Po Box 15316<br>Wilmington, DE 19850 |
| JPMorgan Chase Bank Card<br>Po Box 15298<br>Wilmington, DE 19850 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Quicken Loans Inc.

End of Label Matrix
Mailable recipients    42
Bypassed recipients     1
Total                  43