FILED
2/4/21 4:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-10663-TPA |
| | : | | |
| Jacob Daniel Boston | : | Chapter: | 13 |
| Nichole Marie Boston | : | | |
|     *Debtor(s).* | : | | |
| | : | Date: | 2/3/2021 |
| | : | Time: | 11:30 |

## PROCEEDING MEMO

**MATTER**    #62 Motion to Approve Post-Petition Vehicle Financing
                #64 Resp. by Trustee

**APPEARANCES:**
    Debtor: Daniel P. Foster
    Trustee: Ronda J. Winnecour

**NOTES:**

Foster:    We want to continue to pay on the vehicle to be replaced.

Winnecour:    Ask language to be added that Debtors will continue to pay current care payment until new car obtained.

**OUTCOME:**    GRANTED / MOE

*/s/ Ronda Winnecour*

jlm