**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 19-10663-TPA |
| | : | |
| **Jacob Daniel Boston and** | : | **CHAPTER 13** |
| **Nichole Marie Boston,** | : | |
| Debtors, | : | |
| _____ | : | RELATED TO DOCKET NO.: 68 & 69 |
| **Jacob Daniel Boston and** | : | |
| **Nichole Marie Boston,** | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

    I, Kristen N. Dennis, Paralegal of Foster Law Offices, certify under penalty of perjury that I served the **Amended Chapter 13 Plan, Notice of Proposed Modification and Order** on the parties listed below by First Class Pre-paid United States mail.

Date Served: April 6, 2021

Respectfully submitted,
/s/ Kristen N. Dennis
Kristen N. Dennis
Paralegal
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Tel: (814) 724-1165
Fax: (814) 724-1158

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 19-10663-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Tue Apr  6 08:51:17 EDT 2021 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 |
| Allegheny Health Network<br>PO Box 645266<br>Pittsburgh, PA 15264-5250 | Allied Interstate<br>PO Box 361445<br>Columbus, OH 43236-1445 | Aris<br>PO Box 72078<br>Cleveland, OH 44192-0002 |
| (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | Bank Of America, N.A.<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 | Capital One / Maurices<br>Po Box 30258<br>Salt Lake City, UT 84130-0258 |
| Citicards Cbna<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 | Cleveland Clinic<br>9500 Euclid Avenue<br>Cleveland, OH 44195-0002 | Comenity Bank / Kays<br>3100 Easton Square Plaza<br>Columbus, OH 43219-6232 |
| Community Bank Na<br>45-49 Court Street<br>Canton, NY 13617-1179 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Federal Loan Servicing<br>Po Box 60610<br>Harrisburg, PA 17106-0610 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Kay Jewelers<br>375 Ghent Road<br>Fairlawn, OH 44333-4600 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lending Club Corporation<br>71 Stevenson Street<br>Suite 300<br>San Francisco, CA 94105-2985 | M&T Bank<br>PO Box 1508<br>Buffalo, N.Y. 14240-1508 |
| Mfgrs & Traders Trust<br>Po Box 7678<br>Buffalo, NY 14240 | NFG #2 Federal Credit Union<br>1303 Pennsylvania Avenue, West<br>Warren, PA 16365-1921 | Nfg#2 Federal Credit Union<br>Po Box 728<br>Warren, PA 16365-0728 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quicken Loans<br>1050 Woodward Avenue<br>Detroit, MI 48226-3573 |
| Quicken Loans Inc.<br>635 Woodward Avenue<br>Detroit, MI 48226-3408 | Receivables Outsourcing LLC<br>PO Box 62850<br>Baltimore, MD 21264-2850 | Syncb / Lowes<br>Po Box 965005<br>Orlando, FL 32896-5005 |

| | | |
|---|---|---|
| Syncb / Network<br>Po Box 965036<br>Orlando, FL 32896-5036 | Syncb / Old Navy DC<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb / Walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | Warren General Hospital<br>2 Crescent Park West<br>PO Box 68<br>Warren, PA 16365-0068 |
| Warren General Hospital Anesthesia<br>2 Crescent Park West<br>Warren, PA 16365-2199 | Wells Fargo Bank N.A., d/b/a Wells Fargo Aut<br>PO Box 130000<br>Raleigh, NC 27605-1000 | Wells Fargo Dealer Services<br>Po Box 10709<br>Raleigh, NC 27605-0709 |
| Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 | Jacob Daniel Boston<br>14 Beckett Park<br>Warren, PA 16365-4606 | Nichole Marie Boston<br>14 Beckett Park<br>Warren, PA 16365-4606 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BB & T<br>Credit Card Disputes<br>PO Box 1847<br>Wilson, NC 27894 | (d)BB&T Bankruptcy<br>P.O. Box 1847<br>Wilson, NC 27894 | Discover Financial Services LLC<br>Po Box 15316<br>Wilmington, DE 19850 |
| JPMorgan Chase Bank Card<br>Po Box 15298<br>Wilmington, DE 19850 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Quicken Loans Inc. | End of Label Matrix<br>Mailable recipients    42<br>Bypassed recipients     1<br>Total                   43 |