# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 19-10663-JAD |
| | : | Chapter 13 |
| Jacob Daniel Boston and | : | |
| Nichole Marie Boston, | : | |
|     Debtors | : | |
| _____ | : | Docket No.: 88 |
| Jacob Daniel Boston and | : | |
| Nichole Marie Boston, | : | |
|     Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee, | : | |
|     Respondent | : | |

## CONSENT ORDER FOR VEHICLE FINANCING

NOW, on this 15th day of June 2023, upon an agreement reached by the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below,

Whereas, the Debtors are *at the end of a 60-month plan term* and the case will be coming to a close, it is:

ORDERED, that the Debtors may pursue post-petition vehicle financing, with a purchase amount of no more than $25,000.00, through the conclusion and closure of the Bankruptcy case;

ORDERED that the Debtors do NOT have to incorporate the terms of the financing into the Chapter 13 plan and they may pay directly from the vehicle loan inception;

ORDERED that the Debtors will file a status report within ten (10) days from the purchase of said vehicle evidencing said terms.

_____
UNITED STATES BANKRUPTCY JUDGE

Consented to:

/s/ Daniel P. Foster_____

Daniel P. Foster, PA I.D. # 92376

Attorney for Debtors

Foster Law Offices

1210 Park Avenue

Meadville PA  16355

(814) 724-1165

dan@mrdebtbuster.com


/s/ Katherine M. DeSimone\_\_\_

Katherine M. DeSimone

Attorney for Chapter 13 Trustee

US Steel Tower – Suite 3250

600 Grant St.

Pittsburgh, PA  15219

(412) 471-5566

kdesimone@chapter13trusteewdpa.com