# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  JACOB DANIEL BOSTON<br>NICHOLE MARIE BOSTON<br>            Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>            vs.<br>JACOB DANIEL BOSTON<br>NICHOLE MARIE BOSTON<br><br>     Respondents | Case No.19-10663JCM<br><br><br>Chapter 13<br><br><br>Document No. 93 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this \_\_\_\_24th\_\_\_\_ day of \_\_\_July\_\_\_ , 20 23, it is hereby ORDERED, ADJUDGED, and DECREED that,

Apis Services
Attn: Payroll Manager
120 North Prospect Street
Reading, PA 19606

is hereby ordered to immediately terminate the attachment of the wages of JACOB DANIEL BOSTON, social security number XXX-XX-0495. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JACOB DANIEL BOSTON.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_/s/ signature_ jlm

JOHN C. MELARAGNO
UNITED STATES BANKRUPTCY JUDGE

SIGNED
7/24/23 3:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 19-10663-JCM

Jacob Daniel Boston  
Nichole Marie Boston  
    Debtors

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 2  
Date Rcvd: Jul 24, 2023      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacob Daniel Boston, 14 Beckett Park, Warren, PA 16365-4606 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2023 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas  
     on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com

Brian Nicholas  
     on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com

Daniel P. Foster  
     on behalf of Joint Debtor Nichole Marie Boston dan@mrdebtbuster.com  
     katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster  
     on behalf of Debtor Jacob Daniel Boston dan@mrdebtbuster.com  
     katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Maria Miksich  
     on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 2 of 2 |
| Date Rcvd: Jul 24, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7