Certificate Number: 03088-PAW-DE-037651323

Bankruptcy Case Number: 19-10663



03088-PAW-DE-037651323

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 5, 2023, at 7:40 o'clock AM CDT, Jacob Boston completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: August 5, 2023

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor