Certificate Number: 03088-PAW-DE-037651324

Bankruptcy Case Number: 19-10663



03088-PAW-DE-037651324

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 5, 2023</u>, at <u>7:40</u> o'clock <u>AM CDT</u>, <u>Nichole Boston</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date: <u>August 5, 2023</u>

By: <u>/s/Doug Tonne</u>

Name: <u>Doug Tonne</u>

Title: <u>Counselor</u>