Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jacob Daniel Boston** | : | Case No. 19−10663−JCM |
| **Nichole Marie Boston** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 104 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 11/28/23 at 03:00 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

  *AND NOW,* this *The 27th of September, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 104 , by the Chapter 13 Trustee

  It is hereby **ORDERED, ADJUDGED and DECREED** that:

  (1) **On or before November 11, 2023**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

  (2) This *Motion* is scheduled for hearing on **November 28, 2023 at 03:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

  (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jacob Daniel Boston  
Nichole Marie Boston  
    Debtors

Case No. 19-10663-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3  
Date Rcvd: Sep 28, 2023      Form ID: 300b      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jacob Daniel Boston, Nichole Marie Boston, 14 Beckett Park, Warren, PA 16365-4606 |
| 15092532 | + | Allied Interstate, PO Box 361445, Columbus, OH 43236-1445 |
| 15092533 | + | Aris, PO Box 72078, Cleveland, OH 44192-0002 |
| 15079579 | + | Community Bank Na, 45-49 Court Street, Canton, NY 13617-1179 |
| 15079581 | + | Federal Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 15079585 | | Mfgrs & Traders Trust, Po Box 7678, Buffalo, NY 14240 |
| 15120474 | + | NFG #2 Federal Credit Union, 1303 Pennsylvania Avenue, West, Warren, PA 16365-1921 |
| 15079586 | + | Nfg#2 Federal Credit Union, Po Box 728, Warren, PA 16365-0728 |
| 15128400 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15092536 | + | Warren General Hospital, 2 Crescent Park West, PO Box 68, Warren, PA 16365-0068 |
| 15092537 | + | Warren General Hospital Anesthesia, 2 Crescent Park West, Warren, PA 16365-2199 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Sep 29 2023 01:48:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15092531 | ^ | MEBN | Sep 29 2023 01:00:40 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15083702 | | Email/Text: bankruptcy@bbandt.com | Sep 29 2023 01:12:00 | BB&T Bankruptcy, P.O. Box 1847, Wilson, NC 27894 |
| 15079575 | | Email/Text: bankruptcy@bbandt.com | Sep 29 2023 01:12:00 | BB & T, Credit Card Disputes, PO Box 1847, Wilson, NC 27894 |
| 15079574 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 29 2023 01:10:00 | Bank Of America, N.A., 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15092534 | | Email/Text: bankruptcies@ccf.org | Sep 29 2023 01:11:00 | Cleveland Clinic, 9500 Euclid Avenue, Cleveland, OH 44195 |
| 15079576 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 02:22:08 | Capital One / Maurices, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 15079577 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2023 01:26:44 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15079578 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2023 01:12:00 | Comenity Bank / Kays, 3100 Easton Square Plaza, Columbus, OH 43219-6289 |
| 15377154 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 29 2023 01:11:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 15079580 | | Email/Text: mrdiscen@discover.com | Sep 29 2023 01:11:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: 300b | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15084681 | | Email/Text: mrdiscen@discover.com | Sep 29 2023 01:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15079582 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 29 2023 01:27:05 | JPMorgan Chase Bank Card, Po Box 15298, Wilmington, DE 19850 |
| 15079583 | + | Email/Text: BKRMailOPS@weltman.com | Sep 29 2023 01:12:00 | Kay Jewelers, 375 Ghent Road, Fairlawn, OH 44333-4600 |
| 15116847 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2023 01:27:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15079584 | + | Email/Text: Documentfiling@lciinc.com | Sep 29 2023 01:11:00 | Lending Club Corporation, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 15108194 | + | Email/Text: camanagement@mtb.com | Sep 29 2023 01:12:00 | M&T Bank, PO Box 1508, Buffalo, N.Y. 14240-1508 |
| 15117719 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2023 01:10:34 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15079587 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 29 2023 01:14:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15095647 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 29 2023 01:14:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15092535 | ^ | MEBN | Sep 29 2023 00:58:54 | Receivables Outsourcing LLC, PO Box 62850, Baltimore, MD 21264-2850 |
| 15079588 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 02:11:48 | Syncb / Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 15079589 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 02:11:47 | Syncb / Network, Po Box 965036, Orlando, FL 32896-5036 |
| 15079590 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 01:09:12 | Syncb / Old Navy DC, Po Box 965005, Orlando, FL 32896-5005 |
| 15079591 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 01:27:22 | Syncb / Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15080406 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 02:01:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15112660 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 29 2023 01:09:14 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 15079592 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 29 2023 01:09:14 | Wells Fargo Dealer Services, Po Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 19-10663-JCM    Doc 107    Filed 09/30/23    Entered 10/01/23 00:29:52    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: 300b | Total Noticed: 39 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2023            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Joint Debtor Nichole Marie Boston dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Jacob Daniel Boston dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7