**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JACOB DANIEL BOSTON<br>NICHOLE MARIE BOSTON<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:19-10663<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.　The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.　The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.　Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.　After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.

September 26, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 06/28/2019 and confirmed on 8/22/19. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 76,666.72 |
| Less Refunds to Debtor | 3.08 | |
| TOTAL AMOUNT OF PLAN FUND | | 76,663.64 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,000.00 | |
|   Trustee Fee | 3,595.48 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,595.48 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 0.00 | 35,836.66 | 0.00 | 35,836.66 |
|     Acct: 7238 | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 1,458.78 | 1,458.78 | 0.00 | 1,458.78 |
|     Acct: 7238 | | | | |
|   BRANCH BANKING&TRUST CO/BB&T(*) | 13,891.76 | 13,891.76 | 2,384.41 | 16,276.17 |
|     Acct: 0911 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 6,104.94 | 6,104.94 | 0.00 | 6,104.94 |
|     Acct: 1680 | | | | |
| | | | | 59,676.55 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JACOB DANIEL BOSTON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JACOB DANIEL BOSTON | 3.08 | 3.08 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CREDIT ACCEPTANCE CORP* | 0.00 | 10,090.19 | 0.00 | 10,090.19 |
|     Acct: 5463 | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 243.53 | 243.53 | 0.00 | 243.53 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXTION | | | | |
| | | | | 10,333.72 |
| **Unsecured** | | | | |
|   ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0803 | | | | |
|   ARIS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3088 | | | | |
|   LVNV FUNDING LLC | 6,162.90 | 8.32 | 0.00 | 8.32 |
|     Acct: 8629 | | | | |
|   DISCOVER BANK(*) | 7,352.37 | 9.92 | 0.00 | 9.92 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 4314 | | | | |
|   DISCOVER BANK(*) | 3,460.84 | 4.67 | 0.00 | 4.67 |
|     Acct: 5629 | | | | |
|   US DEPARTMENT OF EDUCATION++ | 180,507.33 | 0.00 | 0.00 | 0.00 |
|     Acct: 0495 | | | | |
|   FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0013 | | | | |
|   FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0015 | | | | |
|   FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0014 | | | | |
|   LVNV FUNDING LLC | 1,347.83 | 1.82 | 0.00 | 1.82 |
|     Acct: 9459 | | | | |
|   M & T BANK | 2,802.52 | 3.78 | 0.00 | 3.78 |
|     Acct: 4576 | | | | |
|   NFG #2 FEDERAL CREDIT UNION | 7,555.33 | 10.19 | 0.00 | 10.19 |
|     Acct: 0143 | | | | |
|   N F G  #2 FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8001 | | | | |
|   MB/ROI++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4869 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 709.91 | 0.96 | 0.00 | 0.96 |
|     Acct: 4820 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 2,898.64 | 3.91 | 0.00 | 3.91 |
|     Acct: 7538 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 5,416.09 | 7.31 | 0.00 | 7.31 |
|     Acct: 5610 | | | | |
|   WARREN GENERAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WARREN GENERAL ANESTHESIA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8241 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 5,194.22 | 7.01 | 0.00 | 7.01 |
|     Acct: 1680 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4820 | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ADDED CREDITOR  FOR CALCULATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLEVELAND CLINIC FOUNDATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 57.89 |

TOTAL PAID TO CREDITORS                                                              70,068.16

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 243.53 |
| SECURED | 21,455.48 |
| UNSECURED | 223,407.98 |

Date: 09/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JACOB DANIEL BOSTON
NICHOLE MARIE BOSTON
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:19-10663

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-10663-JCM

Jacob Daniel Boston     Chapter 13

Nichole Marie Boston

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3

Date Rcvd: Sep 28, 2023     Form ID: pdf900     Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jacob Daniel Boston, Nichole Marie Boston, 14 Beckett Park, Warren, PA 16365-4606 |
| 15092532 | + | Allied Interstate, PO Box 361445, Columbus, OH 43236-1445 |
| 15092533 | + | Aris, PO Box 72078, Cleveland, OH 44192-0002 |
| 15079579 | + | Community Bank Na, 45-49 Court Street, Canton, NY 13617-1179 |
| 15079581 | + | Federal Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 15079585 | | Mfgrs & Traders Trust, Po Box 7678, Buffalo, NY 14240 |
| 15120474 | + | NFG #2 Federal Credit Union, 1303 Pennsylvania Avenue, West, Warren, PA 16365-1921 |
| 15079586 | + | Nfg#2 Federal Credit Union, Po Box 728, Warren, PA 16365-0728 |
| 15128400 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15092536 | + | Warren General Hospital, 2 Crescent Park West, PO Box 68, Warren, PA 16365-0068 |
| 15092537 | + | Warren General Hospital Anesthesia, 2 Crescent Park West, Warren, PA 16365-2199 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Sep 29 2023 03:04:44 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15092531 | ^ | MEBN | Sep 29 2023 01:00:41 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15083702 | | Email/Text: bankruptcy@bbandt.com | Sep 29 2023 01:12:00 | BB&T Bankruptcy, P.O. Box 1847, Wilson, NC 27894 |
| 15079575 | | Email/Text: bankruptcy@bbandt.com | Sep 29 2023 01:12:00 | BB & T, Credit Card Disputes, PO Box 1847, Wilson, NC 27894 |
| 15079574 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 29 2023 01:10:00 | Bank Of America, N.A., 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15092534 | | Email/Text: bankruptcies@ccf.org | Sep 29 2023 01:11:00 | Cleveland Clinic, 9500 Euclid Avenue, Cleveland, OH 44195 |
| 15079576 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 01:28:29 | Capital One / Maurices, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 15079577 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2023 01:26:04 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15079578 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2023 01:12:00 | Comenity Bank / Kays, 3100 Easton Square Plaza, Columbus, OH 43219-6289 |
| 15377154 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 29 2023 01:11:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 15079580 | | Email/Text: mrdiscen@discover.com | Sep 29 2023 01:11:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15084681 | | Email/Text: mrdiscen@discover.com | Sep 29 2023 01:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15079582 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 29 2023 01:28:52 | JPMorgan Chase Bank Card, Po Box 15298, Wilmington, DE 19850 |
| 15079583 | + | Email/Text: BKRMailOPS@weltman.com | Sep 29 2023 01:12:00 | Kay Jewelers, 375 Ghent Road, Fairlawn, OH 44333-4600 |
| 15116847 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2023 01:26:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15079584 | + | Email/Text: Documentfiling@lciinc.com | Sep 29 2023 01:11:00 | Lending Club Corporation, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 15108194 | + | Email/Text: camanagement@mtb.com | Sep 29 2023 01:12:00 | M&T Bank, PO Box 1508, Buffalo, N.Y. 14240-1508 |
| 15117719 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2023 02:11:49 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15079587 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 29 2023 01:14:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15095647 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 29 2023 01:14:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15092535 | ^ | MEBN | Sep 29 2023 00:58:56 | Receivables Outsourcing LLC, PO Box 62850, Baltimore, MD 21264-2850 |
| 15079588 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 01:28:29 | Syncb / Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 15079589 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 01:08:38 | Syncb / Network, Po Box 965036, Orlando, FL 32896-5036 |
| 15079590 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 01:10:10 | Syncb / Old Navy DC, Po Box 965005, Orlando, FL 32896-5005 |
| 15079591 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 01:27:01 | Syncb / Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15080406 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 01:10:18 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15112660 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 29 2023 01:48:28 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 15079592 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 29 2023 01:29:06 | Wells Fargo Dealer Services, Po Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 19-10663-JCM    Doc 108    Filed 09/30/23    Entered 10/01/23 00:29:52    Desc
Imaged Certificate of Notice    Page 8 of 8

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Sep 28, 2023 | Form ID: pdf900 | Total Noticed: 39 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Joint Debtor Nichole Marie Boston dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Jacob Daniel Boston dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7