IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JACOB DANIEL BOSTON<br>NICHOLE MARIE BOSTON<br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:19-10663<br><br>Chapter 13<br><br>Document No.: 104 |

ORDER OF COURT

AND NOW, this ___14th___ day of ___November___, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jlm
U.S. BANKRUPTCY JUDGE
SIGNED
11/14/23 12:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jacob Daniel Boston  
Nichole Marie Boston  
    Debtors

Case No. 19-10663-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3  
Date Rcvd: Nov 14, 2023      Form ID: pdf900      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jacob Daniel Boston, Nichole Marie Boston, 14 Beckett Park, Warren, PA 16365-4606 |
| 15092532 | + | Allied Interstate, PO Box 361445, Columbus, OH 43236-1445 |
| 15092533 | + | Aris, PO Box 72078, Cleveland, OH 44192-0002 |
| 15079579 | + | Community Bank Na, 45-49 Court Street, Canton, NY 13617-1179 |
| 15079581 | + | Federal Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 15079585 |   | Mfgrs & Traders Trust, Po Box 7678, Buffalo, NY 14240 |
| 15120474 | + | NFG #2 Federal Credit Union, 1303 Pennsylvania Avenue, West, Warren, PA 16365-1921 |
| 15079586 | + | Nfg#2 Federal Credit Union, Po Box 728, Warren, PA 16365-0728 |
| 15128400 |   | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15092536 | + | Warren General Hospital, 2 Crescent Park West, PO Box 68, Warren, PA 16365-0068 |
| 15092537 | + | Warren General Hospital Anesthesia, 2 Crescent Park West, Warren, PA 16365-2199 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 15 2023 00:33:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15092531 | ^ | MEBN | Nov 15 2023 00:18:51 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15083702 |   | Email/Text: bankruptcy@bbandt.com | Nov 15 2023 00:26:00 | BB&T Bankruptcy, P.O. Box 1847, Wilson, NC 27894 |
| 15079575 |   | Email/Text: bankruptcy@bbandt.com | Nov 15 2023 00:26:00 | BB & T, Credit Card Disputes, PO Box 1847, Wilson, NC 27894 |
| 15079574 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 15 2023 00:25:00 | Bank Of America, N.A., 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15092534 |   | Email/Text: bankruptcies@ccf.org | Nov 15 2023 00:25:00 | Cleveland Clinic, 9500 Euclid Avenue, Cleveland, OH 44195 |
| 15079576 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2023 00:33:40 | Capital One / Maurices, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 15079577 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2023 00:33:31 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15079578 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 15 2023 00:26:00 | Comenity Bank / Kays, 3100 Easton Square Plaza, Columbus, OH 43219-6289 |
| 15377154 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 15 2023 00:25:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 15079580 |   | Email/Text: mrdiscen@discover.com | Nov 15 2023 00:25:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 14, 2023 | Form ID: pdf900 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15084681 | | Email/Text: mrdiscen@discover.com | Nov 15 2023 00:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15079582 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 15 2023 00:44:22 | JPMorgan Chase Bank Card, Po Box 15298, Wilmington, DE 19850 |
| 15079583 | + | Email/Text: BKRMailOPS@weltman.com | Nov 15 2023 00:26:00 | Kay Jewelers, 375 Ghent Road, Fairlawn, OH 44333-4600 |
| 15116847 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2023 00:33:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15079584 | + | Email/Text: Documentfiling@lciinc.com | Nov 15 2023 00:25:00 | Lending Club Corporation, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 15108194 | + | Email/Text: camanagement@mtb.com | Nov 15 2023 00:26:00 | M&T Bank, PO Box 1508, Buffalo, N.Y. 14240-1508 |
| 15117719 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 15 2023 00:33:09 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15079587 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 15 2023 00:28:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15095647 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 15 2023 00:28:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15092535 | ^ | MEBN | Nov 15 2023 00:17:21 | Receivables Outsourcing LLC, PO Box 62850, Baltimore, MD 21264-2850 |
| 15079588 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2023 00:33:27 | Syncb / Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 15079589 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2023 00:33:35 | Syncb / Network, Po Box 965036, Orlando, FL 32896-5036 |
| 15079590 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2023 00:33:05 | Syncb / Old Navy DC, Po Box 965005, Orlando, FL 32896-5005 |
| 15079591 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2023 00:33:05 | Syncb / Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15080406 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2023 00:33:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15112660 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 15 2023 00:33:01 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 15079592 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 15 2023 01:11:19 | Wells Fargo Dealer Services, Po Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 14, 2023 | Form ID: pdf900 | Total Noticed: 39 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2023            Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Joint Debtor Nichole Marie Boston dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Jacob Daniel Boston dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7